

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2019

No. 04-17-00197-CV

Francisco **SANCHEZ**, Jr.,
Appellant

v.

**TEXAS A&M UNIVERSITY**- San Antonio,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06141
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Sitting: Karen Angelini, Justice (not participating)
    Luz Elena D. Chapa, Justice
    Irene Rios, Justice


The panel has considered the appellant's motion for Rehearing and the motion is hereby DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court